IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENDRICK MONICE JONES**                              **PETITIONER**

v.                                  **CAUSE NO. 1:19-cv-217-LG-RPM**

**MARSHAL TURNER, ET AL.**                               **RESPONDENTS**

## ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS

**BEFORE THE COURT** is the [54] Proposed Findings of Fact and Recommendations entered by United Magistrate Judge Robert P. Myers, on December 15, 2020. Judge Myers recommends that the [45] Motion for Summary Judgment filed by Defendant Marquest Lindsey and the [49] Motion for Summary Judgment filed by Defendants Anthony Beasley, Regina Reed, and Marshal Turner, should be granted. Petitioner has not filed an objection to the Proposed Findings of Fact and Recommendations and the time for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Myers' Proposed Findings of Fact and Recommendations is neither clearly

erroneous nor contrary to law. Defendants' Motions for Summary Judgment are hereby granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [54] Proposed Findings of Fact and Recommendations entered by United Magistrate Judge Robert P. Myers is **ADOPTED** as the opinion of the Court. The [45] Motion for Summary Judgment filed by Defendant Marquest Lindsey is hereby **GRANTED**. Petitioner's claims against Defendant Marquest Lindsey are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [49] Motion for Summary Judgment filed by Defendants Anthony Beasley, Regina Reed, and Marshal Turner is hereby **GRANTED**. Petitioner's claims against Defendants Anthony Beasley, Regina Reed, Marshal Turner, Joy Ross, and John Doe are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2021.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE